

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00858-CR

Wesley Allen **DOTSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-01-00015-CRK
Honorable Bert Richardson, Judge Presiding[1]

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

---

[1] Sitting by assignment for the Honorable Donna S. Rayes.